UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD P. ELLISON, JR.,

    Plaintiff,

v.

                                        Case No. 07-14795

DENISE BALINSKI, individually, ELLA        Honorable Patrick J. Duggan
BULLY-CUMMINGS, individually, JOHN
DOES 1-10, individually, and the CITY OF
DETROIT, a Michigan municipal
corporation,

    Defendants.
_____/

**ORDER**

      Plaintiff Ronald L. Ellison, Jr. filed this lawsuit against Defendants in response to the June 12, 2007 search of his residence and his automobile and the seizure of his property. Presently before the Court is Plaintiff's motion for summary judgment, filed May 21, 2008, pursuant to Federal Rule of Civil Procedure 56(c), on his Fourth Amendment claims pertaining to Officer Balinski. Plaintiff's motion for summary judgment has been fully briefed, and the Court held a motion hearing on July 23, 2008.

      For the reasons set forth on the record at the motion hearing, the Court denies Plaintiff's motion for summary judgment.

      **SO ORDERED**.

DATE: July 24, 2008

                                      <u>s/PATRICK J. DUGGAN</u>
                                      UNITED STATES DISTRICT JUDGE

Copies to:
James C. Cobb, Jr.
Edward V. Keelean