UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 07-14795

RONALD P. ELLISON, JR.,

    Plaintiff,

-v-

DENISE BALINSKI, ET.AL,

    Defendants,
_____/

## ORDER GRANTING IN PART DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO CASE EVALUATION AWARD AND SETTING HEARING ON MOTION

Defendants having filed a Motion to Extend Deadline to Respond to Case Evaluation Award and the Court having set a hearing on such motion for November 13, 2008; therefore,

IT IS HEREBY ORDERED that the Defendant's time to respond to case evaluation award is EXTENDED to November 13, 2008, or until further order of the court.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 31, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2008, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager