UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 07-14795

RONALD P. ELLISON, JR.,

    Plaintiff(s),

-v-

DENISE BALINSKI, ET.AL,

    Defendant(s).
_____/

PARTIAL ORDER OF DISMISSAL

At a session of said Court, held in the United States Courthouse, in the City of Detroit, State of Michigan on April 30, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Pursuant to the stipulation of the parties on the record on April 29, 2009;

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED as to defendants Ella Bully-Cummings and the City of Detroit.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager